NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTINE B. ALBERTY,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-1976

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6164, Judge William S. Greenberg.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                ALBERTY V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

                                              FOR THE COURT

September 18, 2023                            /s/ Jarrett B. Perlow
        Date                                  Jarrett B. Perlow
                                              Clerk of Court

**ISSUED AS A MANDATE:** September 18, 2023